AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CYNTHIA REBECCA FLORES<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. EP-14-CR-2271-PRM |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      CYNTHIA REBECCA FLORES ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

CTS 1 & 2: 26 USC § 7201 TAX EVASION


Date: 12/11/2014

_____
*Issuing officer's signature*

City and state: EL PASO, TX

WILLIAM G. PUTNICKI, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*