

**U.S. Department of Justice**

**United States Marshals Service**
*Western District of Texas*

United States Courthouse
Room 305
511 E. San Antonio Street
El Paso, Texas 79901

December 17, 2014

**MEMORANDUM TO:** United States Attorney's Office
Attn: AUSA Jose Luis Gonzalez

**FROM:** W/TX - El Paso Division - Warrants Section

**SUBJECT:** Notice of Incarceration of Federal Prisoner

The below-named defendant was arrested:

**DEFENDANT:** Cynthia Rebecca Flores
**CASE #(S):** EP14CR2271PRM
**VIOLATION(S):** Tax Evasion
**DATE OF ARREST:** 12/16/2014
**INCARCERATED IN:** El Paso County Jail
**(County Jail/*BOP/TDC) Contact the USMS Criminal Clerk @ 534-6779 to coordinate defendant's arrival.**

*Detainer filed with_____ by the United States Marshals Service in_____. The United States Attorney needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad prosequendum to bring defendant to court.*

cc: U.S. District Clerk/U.S. Magistrate
U.S. Pre-Trial
U.S. Marshals Service (Criminal Clerk)
U.S. Marshals Service (D.E.O.)
U.S. Marshals Service (USM123 File)